UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Robert Hossfeld

                Plaintiff,

v.                                             Case No.: 1:19−cv−08271
                                                  Honorable Matthew F. Kennelly

Leads Infinity LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, January 25, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion hearing date of 1/29/2020 before Judge Kennelly is vacated. This matter, which involves enforcement of a subpoena, was transferred to this district so it could be addressed in conjunction with the underlying action pending here, Case No. 19 C 3492. That case is pending before Judge Seeger. In order to carry out the purpose of the transfer to this district, the moving party should make a motion before Judge Seeger to reassign the matter to him as related to Case No. 19 C 3492. The motion to enforce will be addressed by Judge Kennelly only if Judge Seeger declines reassignment. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.