# United States District Court
# Northern District of Illinois

In the Matter of

Robert Hossfeld

v.  Case No. 19-CV-08271

Leads Infinity LLC et al.

Designated Magistrate Judge
Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Matthew F. Kennelly to be related to 19-cv-03492 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Steven C. Seeger**

Date: Thursday, January 30, 2020

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Steven C. Seeger

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, January 30, 2020

District Reassignment - Finding of Relatedness